1  Randy Sullivan (229326)
   **Patton & Sullivan LLP**
2  6600 Koll Center Parkway, Suite 250
   Pleasanton, California 94566-8058
3  925-600-1800 Phone
   925-600-1802 Fax
4
   Attorneys for Defendant
5  First Priority Financial, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11 | LEHMAN BROTHERS HOLDINGS, INC. | Case: 2:12-CV-02500-JAM-KJN |
12 | Plaintiff, | |
13 | v. | STIPULATION TO CONTINUE DISCOVERY DEADLINES AND MODIFY THE MAY 6, 2013 STATUS (PRETRIAL SCHEDULING) ORDER; ORDER |
14 | FIRST PRIORITY FINANCIAL, INC. | |
15 | Defendant. | |

16

17      This Stipulation is made and entered into by and between Lehman Brothers Holdings,

18 Inc. ("Lehman Brothers") and First Priority Financial, Inc. ("First Priority Financial") through

19 their respective counsel, and is made in reference to the following facts:

20      1.   This stipulation is necessary because the parties are engaged in settlement

21 discussions and are in the process of meeting and conferring on discovery issues.  By

22 extending the deadlines the parties expect to increase the likelihood the case settles and avoid

23 the filing of discovery motions.

24      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties

25 through their counsel of record hereto, that:

26      2.   The parties stipulate that the last day to make initial expert witness disclosures

27 should be continued to April 28, 2014;

28

PATTON & SULLIVAN LLP
PLEASANTON, CA

Stipulation to Continue Discovery Deadlines and Modify the May 6, 2013 Status (Pretrial Scheduling) Order
Case: 2:12-cv-02500-JAM-KJN

1

3. The parties stipulate that the last day to make rebuttal expert disclosures should be continued to May 16, 2014;

4. The parties stipulate that the last day for completion of all discovery should be continued to June 11, 2014;

5. The parties respectfully request that this Court approve their stipulation to continue the above discovery deadlines and modify the May 6, 2013 Status (Pretrial Scheduling) Order as set forth above, while retaining all other deadlines.

Respectfully submitted,

Dated: March 7, 2014                 PATTON & SULLIVAN LLP


By:   /s/Randy Sullivan
      Randy Sullivan

Attorneys for Defendant,
First Priority Financial, Inc.


Dated: March 7, 2014                 FOSTER, GRAHAM, MILSTEIN & CALISHER


By:   /s/David S. Canter
      David S. Canter

Attorneys for Plaintiff Lehman Brothers Holdings, Inc.

## ORDER

Good cause appearing and based upon the foregoing Stipulation;

IT IS ORDERED that the Court shall modify the May 6, 2013 (Pretrial Scheduling) Order, continuing deadlines as follows:

1. The last day to make initial expert witness disclosures shall be April 28, 2014;

2. The last day to make rebuttal expert disclosures shall be May 16, 2014;

Stipulation to Continue Discovery Deadlines and Modify the May 6, 2013 Status (Pretrial Scheduling) Order
Case: 2:12-cv-02500-JAM-KJN

PATTON & SULLIVAN LLP
PLEASANTON, CA

3. The last day for completion of all discovery shall be June 11, 2014; and

4. The remainder of the May 6, 2013 Status (Pretrial Scheduling) Order shall remain in effect.

Dated: 3/7/2014

/s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge

PATTON & SULLIVAN LLP
PLEASANTON, CA

Stipulation to Continue Discovery Deadlines and Modify the May 6, 2013 Status (Pretrial Scheduling) Order
Case: 2:12-cv-02500-JAM-KJN

3